1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-00049 TLN-TLN |
12 | Plaintiff, | **ORDER DISMISSING SUPERSEDING INDICTMENT AS TO DEFENDANT ANTONIO GUTIERREZ** |
13 | v. | |
14 | ANTONIO GUTIERREZ, | |
15 | Defendant. | |

16

17     For the reasons set forth in the motion to dismiss filed by the United States, the charges against

18 defendant **ANTONIO GUTIERREZ** in the pending Superseding Indictment, are hereby DISMISSED

19 and any outstanding arrest warrant is recalled.

20

21 Dated: January 28, 2014

22

23

24 _____
   Troy L. Nunley
25 United States District Judge

26

27

28

                                         1